# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Roberto Fernandez**<br>DOB: 1995; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-14185MJ |

Complaint for a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 5, 2025, at or near Tucson, in the District of Arizona, **Roberto Fernandez**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one (1) Gradoga model 967 caliber 6.55 pistol; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about November 5, 2025, Tucson Police Department (TPD) Officers responded to a 911 call concerning a male carrying a gun in the area of Drexel Rd./Park Avenue, Tucson, Arizona. The caller stated that a male (who was later identified as **Roberto FERNANDEZ**) was walking in the desert area next to Drexel Elementary School located at 801 E. Drexel Rd., Tucson, Arizona while carrying a silver gun. Officers made contact with a male (that matched the description given for **FERNANDEZ**) in the 5400 block of Morris (just south of Drexel Elementary School). During the TPD officers' contact with **FERNANDEZ**, he told them that he had a gun in his left pocket. In a search incident to arrest, a TPD Officer located a silver Gradoga model 967 caliber 6.55 pistol bearing serial number 10090 in **FERNANDEZ'** left pocket.

A law enforcement records check was conducted on **Roberto FERNANDEZ** which revealed the following prior felony convictions in the Pima County Arizona Superior Court: Attempted Threats—Means of Transportation dated December 2015 in case number CR20152525-002; Attempted Armed Robbery dated October 2017 in case number CR20170423-001 for which he was sentenced to 2.5 years prison; and Theft—Means of Transportation dated October, 2020 in case number CR20193221-001 for which he was sentenced to 2.5 years prison. These felony offenses are punishable by imprisonment greater than one year. **FERNANDEZ** has not had his civil right to possess firearms restored.

An ATF interstate nexus expert examined photographs of the Gradoga firearm found on **FERNANDEZ'** person and determined the firearm was not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA R. Arellano *(Raquel Arellano, digitally signed 2025.11.07 10:49:25 -07'00')*<br><br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT<br>*Carlos Aguilar*   11/07/25<br><br>OFFICIAL TITLE<br>ATF TFO/TPD Detective Carlos Aguilar |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Lynnette C. K___* | DATE<br>November 7, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

CC: USM (2cc), AUSA, PTS